**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6208**

———————————

In Re: FRED SHORES, JR.,

                                    Petitioner - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge.  (CA-00-747-1)

———————————

Submitted:  May 31, 2001                Decided:  June 8, 2001

———————————

Before WILKINS, TRAXLER,[*] and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Fred Shores, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

———————————

[*] Judge Traxler did not participate in consideration of this case.  The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Fred Shores, Jr., appeals the district court's order adopting the report and recommendation of the magistrate judge denying his petition to preserve evidence under Fed. R. Civ. P. 27. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See In re: Shores, No. CA-00-747-1 (M.D.N.C. Jan. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2